IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ANTHONY HUTCHISON and<br>BRIAN BUSBY,<br><br>　DEFENDANTS. | Case No. H:21-CR-00588<br><br>(JUDGE ANDREW S. HANEN) |

JOINT MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, ANTHONY HUTCHISON, and BRIAN BUSBY, by and through their Attorneys of Record, and file this Joint Motion for Continuance as to these Defendants as well as the government, in the above-entitled and numbered cause, for the following reasons, as to-wit:

I.

Defendants have been charged, individually, collectively, and severally, in violation of the following: Title 18, United States Code, § 371-Conspiracy; Title 18, United States Code, §§ 666 and 2-Bribery Concerning Programs Receiving Federal Funds; Title 18, United States Code, §§ 1343 and 2-Wire Fraud; Title 18, United State Codes, § 1512(b)(3)-Witness Tampering.

The Pre-Trial Conference is scheduled for January 16, 2024, at 8:30 a.m. and the Jury Trial is set for January 22, 2024, at 9:00 a.m.

Attorneys for the Defendants and for the government have conferred, and all parties request a continuance as to the pre-trial and trial dates in this matter due to the complexity of the case and the need to continue investigating all possible legal remedies as well as scheduling conflicts of the

1

lawyers involved. Both sides have consulted with their calendars and propose a preferential trial date of late April 2024, should this time be convenient for the Court.

A continuance in this matter will afford the Defendants their due process rights under the 6th and 14th Amendment to the United States Constitution.

According to the 6th and 14th Amendments to the United States Constitution, the parties pray this Court GRANTS this Joint Motion for Continuance.

This Motion for Continuance is not made for purposes of delay, but that justice may be done.

## II.

Counsels for the Defendants conferred with Assistant United States Attorney Robert Johnson regarding this motion on October 2, 2023. The Government is unopposed to this motion.

ANTHONY HUTCHISON, and BRIAN BUSBY pray the Court enters an order allowing the Defendants and the Government to continue their Pre-Trial and Trial dates in this matter and schedule a preferential trial date in late April 2024.

Respectfully Submitted,

Russell Hardin, Jr.
Rusty Hardin and Associates
1401 McKinney Ste. 2250
Houston, TX 77010
713-652-9000
Fax: 713-652-9800
Email: rhardin@rustyhardin.com

Letitia Quinones-Hollins
Quinones & Associates, PLLC
1602 Washington
Houston, TX 77007
713-481-7420
Fax: 713-714-8670
Email: Letitia@quinonesandassociates.com

COUNSEL FOR ANTHONY HUTCHISON

Dick DeGuerin
DeGuerin & Dickson
1018 Preston Ave. 7th Floor
Houston, TX 77002
713-223-5959
Email: ddeguerin@aol.com

Mark Wells White, III
DeGuerin & Dickson
1018 Preston Ste 7th Floor
Houston, TX 77002
713-223-5959
Email: markwhite@deguerin.com
COUNSEL FOR BRIAN BUSBY

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendants', ANTHONY HUTCHISON, and BRIAN BUSBY Joint Motion for Continuance was sent via-electronic mail to ROBERT JOHNSON, Lead United States Attorney, on the 23rd day of October 2023.

/s/LETITIA QUINONES-HOLLINS<br>
LETITIA QUINONES-HOLLINS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**<br><br>V.<br><br>**ANTHONY HUTCHISON and BRIAN BUSBY,**<br><br>    **DEFENDANTS.** | **Case No. H:21-CR-00588**<br><br>**(JUDGE ANDREW S. HANEN)** |

**ORDER**

It is hereby **ORDERED** that the Unopposed Joint Motion for Continuance is hereby:

_____        **GRANTED**

_____        **DENIED**

Signed in HOUSTON, Texas on this the _____ day of October 2023.

_____
JUDGE ANDREW S. HANEN