IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. 4:21-588 |
| | § | |
| ANTHONY HUTCHISON, *et al* | § | |

### NOTICE OF STATUS CONFERENCE

The parties in this matter are hereby notified that a status conference has been set on Tuesday, November 19, 2025 at 12:30 PM.

| | |
|---|---|
| Telephone Number: | 571-353-2301 |
| Guest ID: | 879507616# |
| Passcode: | 741963# |

**NOTE:** **ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENT OF THIS NOTICE.**

___

Date:  November 18, 2024                    Nathan Ochsner, Clerk of Court

                                                            By: R. Hawkins, Case Manager