**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. 4:21-CR-00588** |
| | § | |
| **ANTHONY HUTCHISON and** | § | |
| **BRIAN BUSBY,** | § | |
| **Defendants** | § | |

<u>**DEFENDANT BUSBY'S REQUEST FOR JUROR QUESTIONNAIRE**</u>

Comes now Defendant, Brian Busby, by and through his attorneys of record, Dick DeGuerin and Mark White, III, and files this Request for Juror Questionnaire, which is attached hereto as Exhibit A.

Respectfully submitted,

DeGUERIN & DICKSON

*/s/ Dick DeGuerin*
Dick DeGuerin
Texas Bar No. 05638000
1018 Preston, 7th Floor
Houston, Texas 77002
Telephone    (713) 223-5959
Facsimile:    (713) 223-9231
dick@deguerin.com

*/s/ Mark White*
Mark White, III
Texas Bar No. 24008272
1018 Preston, 7th Floor
Houston, Texas 77002
Telephone    (713) 223-5959
Facsimile:    (713) 223-9231
markwhite@deguerin.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on the 19th day of March 2024, via the electronic case filing system of the Southern District of Texas, which sent a notice of filing to all interested parties.

*/s/ Dick DeGuerin*
**Dick DeGuerin**

## CERTIFICATE OF CONFERENCE

I certify that I have supplied a copy to the US Attorney's office regarding this Request for Juror's Questionnaire on March 19, 2025, but they have not yet responded.

*/s/ Dick DeGuerin*
**Dick DeGuerin**

## INSTRUCTIONS TO JURORS

The attached questionnaire must be answered by you. They will assist the judge and lawyers in selecting a jury. Answer all the questions to the best of your ability. There are no right or wrong answers. To answer correctly you must answer honestly. DO NOT ASK FOR HELP!

We need your help so that we can select a fair and impartial jury in this case. Only the judge and lawyers will know your name. Do not assume anything from these questions. The fact they are being asked does not necessarily have anything to do with the evidence that you will hear.

The judge and lawyers know that every person has beliefs and prejudices concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

Please fully answer each question to the best of your ability. Write or print clearly. You must not ask anyone for help. Do the best you can. If you cannot answer a question because you do not understand it, write "Do Not Understand". If for any reason you do not want to answer any of the questions asked, please write the word "PRIVATE" next to the question and we will take this matter up with you privately.

We are all certain that you understand the importance of juries to our American system of justice. We are confident that you will not try to avoid your duty as a citizen to serve if it is at all possible to do so. Without your help our courts cannot operate properly under the Constitution.

You are instructed not to seek out, read about or research this case. Specifically, you must not do any research using any internet search engine (e.g., Google, Yahoo!, Bing, etc.), message boards, chat rooms, blogs, social media (e.g., Facebook, X/Twitter, Google+, Foursquare, etc.). Do not read any articles in the newspaper or online, and do not listen to any news reports on the radio or on television.

If any juror does such research, this would be jury misconduct, all of our time and effort will be wasted and it will be necessary to start this process all over. Furthermore, if a juror violates this Order from the Court, the juror will be subjected to Contempt of Court charges, punishable by a fine and/or jail time.

An Explanation Sheet is provided for you at the end of the questionnaire to answer questions more fully. Rather than leaving out information, please turn to the end and put your answers on the explanation sheet provided.

Because your answers are part of the jury selection process and become part of the records of this court, your answers must be truthful under penalty of perjury.

### Hardship

The Court and the parties estimate that the trial in this case will begin on Monday, March 24th and last approximately 3 weeks. It is anticipated that the jury in this case will be sitting five days a week, generally from 9:00AM to 5:00PM.

A trial of this length can create a hardship on virtually every juror. Do you have such a severe or extraordinary hardship that it would be impossible for you to serve as a juror in this case? ☐ YES    ☐ NO   If **YES**, please explain and provide as much detail as possible: _____

_____

_____

_____

**NOTE:**     REGARDLESS OF YOUR ANSWERS ON THIS PAGE, **YOU MUST STILL COMPLETE THE ENTIRE QUESTIONNAIRE**. HARDSHIP EXCUSES CANNOT BE GRANTED BY ANYONE BUT THE COURT. YOU WILL BE NOTIFIED IF A HARDSHIP EXCUSE IS GRANTED.

DEFENDANT'S EXHIBIT " A "

PENGAD 800-631-6989

## JUROR QUESTIONNAIRE

1. **NAME:** _____ **GENDER:** _____ **AGE:** _____

2. How far did you go in school?  If college, please list field(s) of study and any degree(s) received:
   _____

3. What jobs have you held in the past? _____

4. Have you, any family members, or close friends ever worked in or done business with any landscape or maintenance company? ☐ YES  ☐ NO  If **YES**, please explain [including WHO and what this person's job or business is/was]:
   _____
   _____

5. Have you, any family members, or close friends ever worked for or done business with the Houston Independent School District (HISD) or any other city, county, or state government office or agency? ☐ YES ☐ NO If **YES**, who and which office/agency? _____
   _____

6. Have you, any family members, or close friends ever worked for a company that submitted bids for contracts or subcontracts with any school district or any other government office or agency? ☐ YES ☐ NO If **YES**, please explain:
   _____
   _____

7. Do you know any elected or appointed city, county, or state officials? ☐ YES  ☐ NO  If **YES**, who and what office or position does/did this person hold? _____
   _____
   _____

8. Other than a child attending a HISD school, do you have any connection or experience with the Houston Independent School District? ☐ YES  ☐ NO  If **YES**, please explain: _____
   _____

9. Anthony Hutchison owned two companies, Southwest Wholesale and Just Partners Construction. Brian Busby was the former Chief Operating Officer (COO) for the Houston Independent School District (HISD). Do you or anyone close to you know or have met Anthony Hutchison or Brian Busby? ☐ YES  ☐ NO  If **YES**, please explain:_____

10. The government has charged both Anthony Hutchison and Brian Busby with various crimes. Have you heard or read anything about the criminal charges brought by the government against either of these defendants? ☐ YES ☐ NO If **YES**, please tell us what you heard or read: _____
    _____

11. Have you formed any opinions about this case or the charges against Anthony Hutchison and Brian Busby?
    ☐ YES  ☐ NO  If **YES**, please explain: _____
    _____

12. Based on what you have heard, read, or seen about Anthony Hutchison and Brian Busby, have you formed an opinion about whether the defendants are guilty or not guilty of the charges against them? ☐ YES ☐ MAYBE ☐ NO If **YES** or **MAYBE**, please explain: _____
    _____

13. What are your feelings or opinions about adults who enjoy legal gambling? _____
    _____

14. How many times in the last five years have you legally gambled (casino, internet, app, etc.)? _____

15.   When it comes to important matters, do you tend to focus more on: ❏ The big picture  OR  ❏ The details

16.   Do you see the world in terms of: ❏ Black and white  OR  ❏ Black and white and shades of gray

17.   Please list three words to describe yourself: a._____ b._____ c._____

18.   What is your usual source for local news? _____

19.   Which of the following is your usual source for national news?     ❏ CNN   ❏ FOX   ❏ MSNBC
      ❏ Network stations (ABC, CBS, NBC)  ❏ Social media: _____ ❏ Other: _____

20.   Please list the 3 people you admire *most*: a._____ b._____ c._____

21.   Please list the 3 people you admire *least*: a._____ b._____ c._____

22.   Is there any other reason why you would be unable or unwilling to serve as a juror in this case? ❏ YES ❏ NO  If **YES**,
      please explain: _____
      _____

**JUROR OATH**

   I HEREBY STATE AND AFFIRM THAT ALL THE ANSWERS GIVEN IN THIS JUROR QUESTIONNAIRE ARE TRUE,
CORRECT, AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

_____
Juror's Signature                                    Date

_____
Print Name

## EXPLANATION PAGE

| Question No. | Additional Comments |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |