**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | **No. 4:21-cr-588** |
| **ANTHONY HUTCHISON** | § | |
| **and BRIAN BUSBY,** | § | |
| **Defendants.** | § | |

**UNOPPOSED MOTION TO WITHDRAW**

COME NOW, the law firm of Rusty Hardin & Associates, Russell Hardin, Jr., Letitia D. Quinones, and John MacVane, and hereby request that each be allowed to withdraw as counsel of record in this matter for Defendant Anthony Hutchison ("Hutchison" or "Defendant").

Defendant supports this motion because he has retained separate counsel for post-trial and sentencing matters. The government and co-defendant Brian Busby do not oppose this motion.

On April 18, 2025, the jury in the above matter returned guilty verdicts against both defendants on 33 criminal counts. This verdict followed a trial lasting almost four weeks. Defendant has hired new counsel to represent him in all post-trial motions, including motions for new trial and motions for judgment of acquittal related to certain counts. He has also retained the same counsel to represent him at sentencing. We respectfully ask the Court to allow each of us to withdraw as counsel of record.

This extension is not sought for purposes of delay only, but so that this Court can do justice.

1

Date: February 9, 2026                              Respectfully submitted,


                                                    RUSTY HARDIN & ASSOCIATES, LLP

                                                    By: */s/ Russell Hardin, Jr..*
                                                    Rusty Hardin
                                                    *Attorney-in-Charge*
                                                    Federal I.D. No. 19424
                                                    Texas State Bar No. 08972800

OF COUNSEL:
RUSTY HARDIN & ASSOCIATES, LLP
Russell Hardin, Jr.
State Bar No. 08972800
Letitia D. Quinones
State Bar No. 24008433
Federal I.D. No. 23722
John MacVane
Federal I.D. No. 2209776
State Bar No. 24085444
1401 McKinney Street, Suite 2250
Houston, Texas  77010
Telephone:  (713) 652-9000
Facsimile:  (713) 652-9800
Email: rhardin@rustyhardin.com
Email: letitia@quinonesandassociates.com
Email: jmacvane@rustyhardin.com

*Attorneys for Anthony Hutchison*


## Certificate of Service

On February 9, 2026, I filed this motion by CM/ECF causing it to be served on all parties

of record.

                                                    /s/ Russell Hardin, Jr.
                                                    Russell Hardin, Jr.


2

## Certificate of Conference

I conferred with counsel for the United States, who indicated that the government does not oppose the relief sought in this motion. Counsel for co-defendant, Brian Busby, also indicated that Mr. Busby does not oppose the relief sought in this motion.

/s/ Russell Hardin, Jr.
Russell Hardin, Jr.

3